UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

           Plaintiff,

vs.                                                 CASE NO: 11-CR-20554

SAMAN SAMONA

           Defendant.
_____/

**ORDER ESTABLISHING SCHEDULE, SETTING
FINAL PRETRIAL/GUILTY PLEA CUTOFF AND TRIAL DATES**

| **DEADLINE SUMMARY** | |
|---|---|
| MOTION CUTOFF | 10/14/2011 |
| FINAL PRETRIAL/PLEA CUTOFF | 10/27/2011 at 2:00 pm |
| TRIAL DATE | 11/7/2011 at 9:00 am |
| *Detailed information contained in body of order* | |

**I. MOTIONS:** Any pre-trial motion is to be filed on or before **10/14/2011** no exception for motions *"in limine"* concerning the admissibility of items of evidence[1], unless the subject of the motion is disclosed only after the deadline, or leave of court is obtained for good cause. Before any motion is filed, compliance with Local Rule 7.1(a) must be observed. Upon a motion being filed by the deadline date above, the other deadline dates set in this order will be adjusted, and the non-moving party will have the time allowed in the Local Rules for response (ordinarily 14 days) unless otherwise ordered by the court.

---

[1] Other motions in limine that will actually expedite the trial process may be considered closer to the trial date. Counsel must bear in mind, however, that very often the court is unable to decide such motions without having heard substantial evidence first, and that in any event such motion practice will not be allowed to deteriorate into a series of hearings that constitute pretrial mini-trials.

1

**II.     TRIAL PREPARATION AND FINAL PRETRIAL CONFERENCE**: Counsel are directed to organize the aspects of trial preparation as set forth in the court's Order Amending Standing Order For Discovery.  A **final pretrial and negotiated guilty plea cutoff** will occur, on the record, on **10/27/2011 at 2:00 pm.**  The government is directed to proffer any proposed guilty plea agreement to the defendant not later than **one week before that date.**  The defendant must attend.  The defendant, if free on bond, is **ORDERED** to appear at or near courtroom #712 at least fifteen minutes before the scheduled pretrial is to commence.

**II.  TRIAL SCHEDULE**:  Trial, if necessary, will commence with jury selection on **11/7/2011, at 9:00 a.m.**  The defendant, if free on bond, is **ORDERED** to appear at or near courtroom #712 at least fifteen minutes before the scheduled trial is to commence.

Any questions or scheduling conflicts with the dates contained in this order should be directed to Ms. Lisa Wagner, Case Manager to Judge Cleland, (313) 234-5522.

**IT IS SO ORDERED.**

```
                                s/Robert H. Cleland
                                ROBERT H. CLELAND
                                UNITED STATES DISTRICT JUDGE
```

DATED: September 13, 2011

cc: JALA JARBOU/ROBERT BERG

(rev. 7/08)